## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br>NO. 3:12-cv-00138 |

### CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Donna M. Sam_  2-1-13   Donna M. Johnson

Signature                    Date        Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _P.O. Box 16781_

City, State, Zip: _Savannah, Ga 31416_

Home: _____ Cell: _912 484 1418_ Work: _____

Email: _jdonna120@gmail.com_

Emergency Contact: _Mike Roush  912 429 7670_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE
## POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
**Fax: (615) 252-3798**
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
     Plaintiff,

     v.

CELLULAR SALES OF KNOXVILLE, INC.,
     Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____     2/6/2013    _Kristian Hubner_
Signature              Date          Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _8700 Brodie Lane #823_

City, State, Zip: _Austin, TX 78745_

Home: _____    Cell: _336-509-4207_   Work: _____

Email: _Kjhubs2000@Hotmail.com_

Emergency Contact: _none._

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 3:12-cv-00138<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____  2/4/13    ADAM MERSCH
Signature                Date       Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 5020 COLUMBIA CIRCLE

City, State, Zip: LIBERTY TOWNSHIP, OH, 45011

Home 513-675-6120 Cell: _____ Work: _____

Email: AMERSCH @LEGAINT.COM

Emergency Contact: LAUREN WERDEN  513-368-0598

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

NICHOLAS BOLLETINO,
    Plaintiff,

    v.

CELLULAR SALES OF KNOXVILLE, INC.,
    Defendants.

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

  I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____   2/5/13    Jennifer Leigh Benitz
Signature       Date      Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 6506 Lakebend Way

City, State, Zip: Greensboro NC, 27410

Home: _____ Cell: (336) 312-6570   Work: _____

Email: Jenny.Benitz@gmail.com

Emergency Contact: Julie Benitz

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

    BARRETT JOHNSTON LLC
    Attn: Cellular Sales Lawsuit
    217 Second Avenue
    Nashville, TN 37201
    Fax: (615) 252-3798
    Telephone: (615) 244-2202
    Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
    Plaintiff,

   v.

CELLULAR SALES OF KNOXVILLE, INC.,
    Defendants.

:
:
:
: CIVIL ACTION
:
: NO. 3:12-cv-00138
:
:
:
:

## CONSENT FORM

   I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____ 1/15/2013  John H Geer_____
Signature      Date    Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 3128 Indigo Lane

City, State, Zip: Knoxville, TN. 37921

Home: 865-357-7999 Cell: 865-936-0583 Work:

Email: JHGeer @ HoTmail.Com

Emergency Contact: Amy Geer

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 3:12-cv-00138<br>:<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____   2/2/13   ERic Donahue.
Signature                              Date           Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 624 Saint Andrews DR

City, State, Zip: Kingsport, TN 37664

Home: 423-437-2276   Cell: _____   Work: _____

Email: donahueej @ aol.com

Emergency Contact: Becky Donahue   423-444-9487

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE
## POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
        Plaintiff,

      v.

CELLULAR SALES OF KNOXVILLE, INC.,
        Defendants.

:
:
:
:   CIVIL ACTION
:
:   NO. 3:12-cv-00138
:
:
:

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Rebecca Donahue_    _2/2/13_        _Rebecca Donahue_    _2/2/13_
Signature            Date             Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _624 Saint Andrews Dr_

City, State, Zip: _Kingsport, TN 37664_

Home: _423-144-9487_   Cell: _____    Work: _____

Email: _becky friday donahue @gmail.com_

Emergency Contact: _Eric Donahue 423-437-2276_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
        Plaintiff,

        v.

CELLULAR SALES OF KNOXVILLE, INC.,
        Defendants.

:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

    I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

| | | |
|---|---|---|
| _(signature)_ | _(Date)_ | Scottie Brown |
| Signature | Date | Print Name |

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: Po Box 1641

City, State, Zip: Mount Carmel TN 37645

Home: 423-357-6814    Cell: 423-292-2779    Work: 423-279-6001

Email: Scottie.Brown95@gmail.com

Emergency Contact: Beth Brown 423-292-2745

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

    BARRETT JOHNSTON LLC
    Attn: Cellular Sales Lawsuit
    217 Second Avenue
    Nashville, TN 37201
    Fax: (615) 252-3798
    Telephone: (615) 244-2202
    Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
        Plaintiff,

    v.

CELLULAR SALES OF KNOXVILLE, INC.,
        Defendants.

:
:
:
:  CIVIL ACTION
:
:  NO. 3:12-cv-00138
:
:
:

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Richl alln Col_    _2/3/12_    _Richard Cooledge_
Signature            Date         Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _8462 Boysenberry Lane East_

City, State, Zip: _Jacksonville  FL  32244_

Home: _904-589-7830_ Cell: _904-589-7830_   Work: _____

Email: _rcooledge@gmail.com_

Emergency Contact: _Olivia Cooledge_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 3:12-cv-00138<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____            _____            Curtis Mattheus
Signature                                   Date                         Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _9613 Lake Jasmine Drive_

City, State, Zip: _Tampa, FL 33626_

Home: _____ Cell: _813 421 5545_ Work: _954-805-5555_

Email: _Wirelessconsultant@Hotmail.com_

Emergency Contact: _Gina Abraham 305-9151420_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE
## POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
Plaintiff,

v.

CELLULAR SALES OF KNOXVILLE, INC.,
Defendants.

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____  _2/6/13_  _Kimberly A. Henry_
Signature                 Date      Print Name

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION**

Street Address: _5965 Crooked Creek Drive_

City, State, Zip: _Ootewah  Tn. 37363_

Home: _____ Cell: _423 309 2427_ Work: _____

Email: _Kimmiefriend @ gmail.com_

Emergency Contact: _____

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>            Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>            Defendants. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 3:12-cv-00138<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Roger Gomez_                                          _Roger Gomez_
Signature                          Date          Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 7715 Autumn Park

City, State, Zip: San Antonio, TX  78249

Home: 210-561-7606  Cell: 210-428-8112    Work: 210-681-2253

Email: rogergomez26@yahoo.com

Emergency Contact: Shadawna J. Gomez (210-428-8112)

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn:  Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN  37201
Fax:  (615) 252-3798
Telephone:  (615) 244-2202
Email:  dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
      Plaintiff,

      v.

CELLULAR SALES OF KNOXVILLE, INC.,
      Defendants.

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____ 1/27/13
Signature          Date

_Patrick R. Gabbey_
Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 37 Henry Stone Cir

City, State, Zip: Bluffton SC 29910

Home: 803-530-9611   Cell: _____ Work: _____

Email: pgabbey @ Hargray.com

Emergency Contact: Karyn Gabbey (843-368-9861)

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 3:12-cv-00138<br>:<br>:<br>: |

### CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

Signature _____  Date _01/23/2012_  Print Name _Johnnie Dillard_

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _13747 Sablegarden Lane_

City, State, Zip: _Houston, Tx  77014_

Home: _____ Cell: _713-822-0450_  Work: _____

Email: _Johnnie, Dillard @me.com_

Emergency Contact: _832-371-   1376_

**THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO**

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>: CIVIL ACTION<br>:<br>: NO. 3:12-cv-00138<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Anti J. Grā_     _1-18-13_     _Anthony J. Captain_
Signature            Date           Print Name

## PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _9967 Darrow Park Dr. 111-G_

City, State, Zip: _Twinsburg, OH 44087_

Home: _216-338-3370_ Cell: _832-659-1800_ Work: _____

Email: _____

Emergency Contact: _Stephanie Captain_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO, Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 3:12-cv-00138 |
| CELLULAR SALES OF KNOXVILLE, INC., Defendants. | : |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

Paul L. Smith _____ 1/31/13 _____ Paul L. Smith _____
Signature                         Date                    Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: PO Box 200056

City, State, Zip: Austin, TX 78720

Home: _____ Cell: 512-820-7613 Work: _____

Email: paulsmithcal@yahoo.com

Emergency Contact: Vicky Smith 713-504-6272

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
      Plaintiff,

      v.

CELLULAR SALES OF KNOXVILLE, INC.,
      Defendants.

:
:
:
:   CIVIL ACTION
:
:   NO. 3:12-cv-00138
:
:
:

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

Signature                 Date        Print Name _Joe Brown_

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 4233 Winding Vine Dr.

City, State, Zip: Lakeland, FL 33812

Home: _____ Cell: 863-430-5536 Work: _____

Email: jlbrwn424@gmail.com

Emergency Contact: Mandy Brown 863 868-4568

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
    Plaintiff,

v.

CELLULAR SALES OF KNOXVILLE, INC.,
    Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

### CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____
Signature                  Date

Glen  Nothingham
Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 107 West Oak Ave

City, State, Zip: Easton Md 21601

Home: 410-822-0014 Cell: _____ Work: _____

Email: iceman 72 @ goeaston. net

Emergency Contact: _____

### THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 3:12-cv-00138<br>:<br>:<br>:<br>: |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Garry Guilford_ 1/30/13      Garry Guilford
Signature    Date       Print Name

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION**

Street Address: 4106 Memorial Pkwy SW Apt. F

City, State, Zip: Huntsville, AL 35802

Home: _____ Cell: 256-509-5999 Work: _____

Email: garryguilford@gmail.com

Emergency Contact: Pauline Killings - 334) 797-8084

**THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO**

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |
|---|---|
| NICHOLAS BOLLETINO, <br> Plaintiff, <br><br> v. <br><br> CELLULAR SALES OF KNOXVILLE, INC., <br> Defendants. | CIVIL ACTION <br><br> NO. 3:12-cv-00138 |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Nenita V. Quintero_   _1-30-13_   _Nenita Quintero_
Signature                        Date              Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _143 OHIO ST._

City, State, Zip: _Havre de Grace, MD 21078_

Home: _443 322-8001_  Cell: _410 937 8337_  Work: _____

Email: _nenita.quintero @ cellularsales.com_

Emergency Contact: _443-310-4700 = 410-937-8337_

**THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO**

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
        Plaintiff,

        v.

CELLULAR SALES OF KNOXVILLE, INC.,
        Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Erin Button_
Signature                  Date

_Erin Button_
Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _B2 East Gates_

City, State, Zip: _Columbus, Ohio 43206_

Home: _____ Cell: _440-668-0067_ Work: _____

Email: _erin.button@gmail.com_

Emergency Contact: _Peg & Dave Button 440-543-5225_

**THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE <u>FEBRUARY 18, 2013</u> AND ADDRESSED TO**

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
          Plaintiff,

      v.

CELLULAR SALES OF KNOXVILLE, INC.,
          Defendants.

:
:
:
:   CIVIL ACTION
:
:   NO. 3:12-cv-00138
:
:
:
:

### CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____    1/12/13    BRANDY L. HOOK
Signature               Date         Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 336 CMG PLACE

City, State, Zip: WOODBINE GA 31569

Home: (912) 576-3721   Cell: (912) 322-5862   Work: _____

Email: bfaloretti@gmail.com

Emergency Contact: Judy Kaufeld (912)673-6182

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE **FEBRUARY 18, 2013** AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>Plaintiff,<br><br>v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 3:12-cv-00138<br>:<br>:<br>: |

### CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____   02/1/2013   Lance Yoxtheimer
Signature                   Date        Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 1496 Charlotte Hwy

City, State, Zip: Mooresville, NC 28115

Home: N/A          Cell: 704-658-5649          Work: 704-881-1234

Email: theverizonguru@gmail.com

Emergency Contact: 704-677-5974

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
         Plaintiff,

v.

CELLULAR SALES OF KNOXVILLE, INC.,
         Defendants.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_David Adeln_   _2·5·2013_   _David Adelman_
Signature            Date         Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _245 RODEN AVE_

City, State, Zip: _BOAZ AL 35957_

Home: _256-878-1041_ Cell: _256-706-1653_ Work: _____

Email: _DJA 5503 @ GMAIL. COM_

Emergency Contact: _Sherry Adelman 256-878-1041_

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO, <br> Plaintiff, <br><br> v. <br><br> CELLULAR SALES OF KNOXVILLE, INC., <br> Defendants. | : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 3:12-cv-00138 <br> : <br> : <br> : |

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____     _____
Signature          Date          Print Name     DARRYL WINGO

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 1705 HARVEST GROVE LN

City, State, Zip: RICHMOND  VA 23223

Home: _____ Cell: 804 5027225 Work: _____

Email: DRWINGO@GMAIL.com

Emergency Contact: _____

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
        Plaintiff,

      v.

CELLULAR SALES OF KNOXVILLE, INC.,
        Defendants.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_Wendi Hill_          _Wendi Hill_
Signature         Date          Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 13875 OLD OCEAN CITY RD APT B" ← dont use!!
           please use mailing add
City, State, Zip: Parsonsburg MD 21849   P.O. Box 214 Pittsville MD, 21850
Home: _____ Cell: 443-944-3082 Work: I dont have a mailbox where I live

Email: wkhill87@yahoo.com
             Cathy Azbell (mother)
Emergency Contact: cell 443-880-6820 or home 4108352152

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

NICHOLAS BOLLETINO,
　　　　Plaintiff,

　　　　v.

CELLULAR SALES OF KNOXVILLE, INC.,
　　　　Defendants.

CIVIL ACTION

NO. 3:12-cv-00138

## CONSENT FORM

　　　　I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____　　　　_____　　　　Shantel Hollis
Signature　　　　　　　　　　　　Date　　　　　　　　Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: 902 S Empire Street

City, State, Zip: Plant City, Fl 33563

Home: 813 752 4874　Cell: 813 763 4534　Work: _____

Email: tethottise AOl. com

Emergency Contact: Brian BroAdvax 813 708 4782

## THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO

　　　　　　BARRETT JOHNSTON LLC
　　　　　　Attn: Cellular Sales Lawsuit
　　　　　　217 Second Avenue
　　　　　　Nashville, TN 37201
　　　　　　Fax: (615) 252-3798
　　　　　　Telephone: (615) 244-2202
　　　　　　Email: dgarrison@barrettjohnston.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NICHOLAS BOLLETINO,<br>    Plaintiff,<br><br>    v.<br><br>CELLULAR SALES OF KNOXVILLE, INC.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 3:12-cv-00138 |

### CONSENT FORM

    I hereby consent to join the action against Cellular Sales of Knoxville, Inc. and its related subsidiaries as a Plaintiff to assert claims for overtime pay under the FLSA. Within the time frame from June 6, 2009 through December 31, 2011, I performed sales services for Cellular Sales of Knoxville, Inc. or any of its subsidiaries at Verizon Wireless stores, and there were occasions when I worked over 40 hours in a seven-day work week.

_____   2/12/13   RYNE MALLERY
Signature                        Date      Print Name

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION

Street Address: _141 B BRUNSWICK LANE_

City, State, Zip: _PALM COAST FL 32137_

Home: _N/A_   Cell: _386-283-8967_   Work: _386-236-5235_

Email: _MALLERY. Ryne @ gmail. com_

Emergency Contact: _SAMANTHA MALLERY (WIFE - 386-283-8678)_

**THIS FORM MUST BE RETURNED BY FAX, EMAIL, OR IN AN ENVELOPE
POSTMARKED ON OR BEFORE FEBRUARY 18, 2013 AND ADDRESSED TO**

BARRETT JOHNSTON LLC
Attn: Cellular Sales Lawsuit
217 Second Avenue
Nashville, TN 37201
Fax: (615) 252-3798
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com